UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER HUNT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIMBERLY HINDEN, REGISTRAR ) <br> OF MOTOR VEHICLES, ) <br> ) <br> Defendant. ) | Civil Action No. 04-12291-EFH |

### NOTICE OF APPEARANCE

Please enter on the docket the appearance of Victoria S. Cole and Juliana deHaan Rice, Assistant Attorneys General, as counsel for the defendant in the above-captioned action.

By her attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Victoria S. Cole, BBO # 654996
Juliana deHaan Rice, BBO # 564918
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
617-727-2200, ext. 2083

Date:  November 2, 2004