# ROBERT W. HAGOPIAN

ATTORNEY AT LAW
P. O. BOX 282
BELMONT, MASSACHUSETTS 02478

(781) 275-4892
FAX (781) 275-2731

November 9, 2004

Ms. Sandra Holahan
Courtroom Clerk
Judge Edward F. Harrington
Suite 8110
United States
One Courthouse Way
Boston, Massachusetts 02210

**Re:  Hunt v. Hinden, C.A. No. 04-12291 EFH**

Dear Ms. Holahan:

I am writing to you about Hunt v. Hinden , Registrar of Motor Vehicles, C.A. No. 04-12291EFH. I filed a Motion for a Restraining Order and Preliminary Injunction on or about October 28, 2004. I requested the Court to act on the restraining order. Victoria S. Cole, Assistant Attorney General filed an appearance on behalf of the Registrar on or about November 2, 2004. On November 8, 2004, she filed an opposition to Hunt's Motion for a Restraining Order and Preliminary Injunction. I would appreciate it if you would ask the Court if I could have until next Monday to serve further papers and a response.

In support of my request, I would like call to the Court's attention that the Registrar filed close to sixty-three pages of exhibits on Monday, November 8. Previously, I had requested copies of these exhibits from the suspension officer at the Registry of Motor Vehicles on September 24, 2004. Although the suspension officer promised to mail these to me on that date, I never received them. Subsequently, on September 30, 2004, I faxed and mailed a letter to the Registrar requesting copies of these exhibits. I also copied the Registrar's counsel. At no time did the Registrar, or her counsel, Erin Deveney, Esq. supply these documents. I also asked Assistant Attorney General Cole if she would fax me copies of these prior to her filing her opposition, such that I would have an opportunity to respond. Assistant Attorney General Cole did not fax me copies of these documents until November 7 at approximately 4:00 pm. These documents

are extensive and go to the heart of Hunt's due process claim. Accordingly, I request that the Court permit me to serve a response by November 15, 2004.

In light of the posture of this case, I believe it is appropriate that the Court decide Hunt's request for a restraining order and his request for a preliminary injunction simultaneously. I would also like to request a hearing.

Very truly yours,

Robert W. Hagopian, Esquire

cc:   Victoria Cole, Esquire, by facsimile and mail