

# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
P.O. Box 199100. Boston, MA 02119-9100

www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

CERT DATE 07/09/2004

HUNT, CHRIS C
79 CLIFFE AVE
LEXINGTON, MA 02420-3036

DOB: 10/12/1976

LICENSE NUMBER: 012708133

DRIVING HISTORY                PG 2 OF 3

PREVIOUS NAMES, LICENSE NUMBERS


THE FOLLOWING IS A COMPLETE LIST OF ALL OFFENSES AND ACTIONS ON FILE.

```
INC/NOT                                                    COURT         FINDING
---DATE---  ----------------------------------------       -----         ---DATE---
05/19/1999  SPEEDING CONCORD R                             CONCORD DISTR 10/13/1999
11/03/1999  FAILURE TO STOP LEXINGTON R                    CONCORD DISTR 03/22/2000
12/22/2001  SPEEDING ARLINGTON R                                         01/28/2002
01/28/2002  SUSPENSION PAYMENT DEFAULT INDEFINITE                        03/09/2002
02/13/2002  EXPIRATION PAYMENT DEFAULT RLS ARLINGTON                     02/13/2002
11/14/2002  CHEM TEST REFUSAL CONCORD
11/15/2002  SUSPENSION CHEM TEST REFUSAL 120 DAYS                        11/30/2002
11/14/2002  DWI ALCOHOL PROGRAM   CONCORD CW               CONCORD DISTR 03/07/2003
11/14/2002  SPEEDING CONCORD R                                           03/07/2003
03/20/2003  SUSPENSION DWI ALCOHOL PROGRAM  45 DAYS                      03/30/2003
03/30/2003  EXPIRATION CHEM TEST REFUSAL PEC CONCORD                     03/30/2003
04/02/2003  HEARING DWI ALCOHOL PROGRAM  EXP PEND FEE                    04/02/2003
04/02/2003  EXPIRATION DWI ALCOHOL PROGRAM  RLS CONCORD                  04/02/2003
04/02/2003  SUSP PEND REIN FEE DWI ALCOHOL PROGRAM                       04/02/2003
04/02/2003  REINSTATED DWI ALCOHOL PROGRAM  FEE PAID                     04/02/2003
07/08/2003  CHEM TEST REFUSAL ARLINGTON
07/09/2003  SUSPENSION CHEM TEST REFUSAL 180 DAYS
07/08/2003  IMMEDIATE THREAT ARLINGTON                                   07/09/2003
07/12/2003  HEARING IMMEDIATE THREAT FILED                               07/12/2003
07/12/2003  REVOCATION IMMEDIATE THREAT INDEFINITE                       07/12/2003
07/24/2003  HEARING CHEM TEST REFUSAL MODIFY ACTION                      07/24/2003
07/24/2003  SUSPENSION CHEM TEST REFUSAL 180 DAYS                        07/24/2003
11/25/2003  CERT TO CAMBRIDGE DA OFFICE
07/08/2003  REFUSE OBEY POLICE ARLINGTON G                 CAMBRIDGE DIS 03/15/2004
07/08/2003  DWI LIQUOR ARLINGTON NG                                      03/15/2004
07/08/2003  DRIVING TO ENDANGER  ARLINGTON G                             03/15/2004
07/08/2003  SPEEDING ARLINGTON NA                                        03/15/2004
07/08/2003  OPERATOR UNLICENSED  ARLINGTON G               CAMBRIDGE DIS 03/15/2004
03/26/2004  REVOCATION DRIVING TO ENDANGER  60 DAYS                      04/05/2004
03/26/2004  HEARING 5 SURCHARGE EVENTS NO ACTION
07/09/2004  CERT TO ADVOCATE RMV 1
```

        ◊                ◊                ◊                ◊

CONTINUED ON NEXT PAGE

# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
P.O. Box 199100. Boston, MA 02119-9100

www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

07/10/03

HUNT, CHRIS C
79 CLIFFE AVE
LEXINGTON, MA 02420-3036

DOB: 10/12/76

LICENSE NUMBER: 012708133

You are hereby notified that effective 07/24/03, your license / right to operate a motor vehicle is suspended for 180 Days for CHEM TEST REFUSAL.
A description of the offenses is noted below.

| Offense --Date-- | Offense/Location | Conviction --Date-- | Court |
|---|---|---|---|
| 07/08/03 | CHEM TEST REFUSAL / ARLINGTON | | |

When your license or right to operate motor vehicles has been suspended or revoked, you must immediately cease to operate all motor vehicles until your license or right to operate has been reinstated.

If the above applies to the registration of your motor vehicle, operation of such vehicle must cease at once and the registration certificate and plate(s) must be surrendered to me immediately. You may request a hearing concerning this matter at the Driver Control Office of the Registry of Motor Vehicles, located at 630 Washington St., Boston, MA.

If your revocation is the result of a court conviction for driving under the influence of alcohol, pursuant to Massachusetts General Laws Chapter 90 Section 24, you may appeal your conviction to the superior court. In all cases, if you are aggrieved by a decision or order of the Registrar you may, within ten days of the effective date of the Registrar's order, appeal to the Board of Appeal on Motor Vehicle Liability, Policies and Bonds, One South Station, 5th Floor, Boston, MA 02110. You can also download an appeal application from their website at, WWW.STATE.MA.US/DOI or call them at 617-351-9710. No appeal will stay the suspension or revocation order and you must still comply with the above directive.

Note: At the time your license or right to operate is reinstated you will have to pay a $50 - $1,000 reinstatement fee. Make check payable to RMV.

Kimberly Hinden, Registrar


# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
### P.O. Box 199100. Boston, MA 02119-9100
### www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

04/02/04

HUNT, CHRIS C
79 CLIFFE AVE
LEXINGTON, MA 02420-3036

DOB: 10/12/76

LICENSE NUMBER: 012708133

     You are hereby notified that I intend to suspend your license / right to operate a motor vehicle on 07/19/04 for 5 SURCHARGE EVENTS.
A description of the offenses is noted below.

| Offense --Date-- | Offense/Location | Conviction --Date-- | Court |
|---|---|---|---|
| 07/08/03 | OPERATOR UNLICENSED / ARLINGTON | 03/15/04 | CAMBRIDGE DISTRIC |
| 07/08/03 | DRIVING TO ENDANGER / ARLINGTON | 03/15/04 | CAMBRIDGE DISTRIC |
| 11/14/02 | SPEEDING / CONCORD | 03/07/03 | CONCORD DISTRICT |
| 11/14/02 | DWI ALCOHOL PROGRAM / CONCORD | 03/07/03 | CONCORD DISTRICT |
| 12/22/01 | SPEEDING / ARLINGTON | 01/28/02 | |

     You have a right to a hearing which will be held on 04/20/04 at the LAWRENCE office of the Registry of Motor Vehicles at 10:00 AM.

    Please be advised that the only issue that will be addressed at this hearing is the accuracy of the record. If you feel that an error has been made and you wish to challenge the record as reported above, you will need to present documentation to demonstrate that you were found not guilty or not responsible for a reported motor vehicle violation and/or not at fault for a surchargeable accident as reported on this notice.

    If you are found to be responsible for five or more of the above reported events, you will be required, by law, to attend and pass a Driver Retraining Program within 90 days of your hearing date. Failure on your part to complete this requirement, as stated in MGL Chapter 175, Section 113B, will result in the suspension of your license/right to operate all motor vehicles in the Commonwealth of Massachusetts on the effective date mentioned above, without further notice and will remain suspended until such time as you attend and pass the Driver Retraining Program. The program is conducted by the National Safety Council and you should register for this program by calling 1-800-215-1581.

Note:   You will be receiving information relative to the program along with registration materials within a few days. If you do not receive this information within 10 days of receiving this notice, please contact the National Safety Council at 1-800-215-1581.

Important:   If your record is correct, as reported above, you may avoid the hearing process by registering with the National Safety Council immediately at 1-800-215-1581.

Kimberly Hinden, Registrar

# The Commonwealth of Massachusetts
### Registry of Motor Vehicles
### P.O. Box 199100. Boston, MA 02119-9100

*www.mass.gov/rmv*

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

03/26/04

HUNT, CHRIS C
79 CLIFFE AVE
LEXINGTON, MA 02420-3036

DOB: 10/12/76

LICENSE NUMBER: 012708133

You are hereby notified that effective 04/05/04, your license / right to operate a motor vehicle is revoked for an additional 60 Days for DRIVING TO ENDANGER.
A description of the offenses is noted below.

| Offense --Date-- | Offense/Location | Conviction --Date-- | Court |
|---|---|---|---|
| 07/08/03 | DRIVING TO ENDANGER / ARLINGTON | 03/15/04 | CAMBRIDGE DISTRICT |

The following suspensions/revocations are also in effect on your license or right to operate.

| Effective Date | Suspension or Revocation | Period |
|---|---|---|
| 07/12/03 | REVOCATION IMMEDIATE THREAT | Indefinite |

The total period of suspension or revocation is Indefinite.

When your license or right to operate motor vehicles has been suspended or revoked, you must immediately cease to operate all motor vehicles until your license or right to operate has been reinstated.

If the above applies to the registration of your motor vehicle, operation of such vehicle must cease at once and the registration certificate and plate(s) must be surrendered to me immediately. You may request a hearing concerning this matter at the Driver Control Office of the Registry of Motor Vehicles, located at 630 Washington St., Boston, MA.

If your revocation is the result of a court conviction for driving under the influence of alcohol, pursuant to Massachusetts General Laws Chapter 90 Section 24, you may appeal your conviction to the superior court. In all cases, if you are aggrieved by a decision or order of the Registrar you may, within ten days of the effective date of the Registrar's order, appeal to the Board of Appeal on Motor Vehicle Liability, Policies and Bonds, One South Station, 5th Floor, Boston, MA 02110. You can also download an appeal application from their website at, WWW.STATE.MA.US/DOI or call them at 617-351-9710. No appeal will stay the suspension or revocation order and you must still comply with the above directive.

Note: At the time your license or right to operate is reinstated you will have to pay a $100 - $1,200 reinstatement fee. Make check payable to RMV.

Kimberly Hinden, Registrar

# The Commonwealth of Massachusetts
### Registry of Motor Vehicles
### P.O. Box 199100. Boston, MA 02119-9100
#### www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

07/14/03

HUNT, CHRIS C
79 CLIFFE AVE
LEXINGTON, MA 02420-3036

DOB: 10/12/76

LICENSE NUMBER: 012708133

You are hereby notified that effective 07/12/03, your license / right to operate a motor vehicle is revoked for an indefinite period for IMMEDIATE THREAT.
A description of the offenses is noted below.

| Offense Date | Offense/Location | Conviction Date | Court |
|---|---|---|---|
| 07/08/03 | IMMEDIATE THREAT / ARLINGTON | | |

The following suspensions/revocations are also in effect on your license or right to operate.

| Effective Date | Suspension or Revocation | Period |
|---|---|---|
| 07/24/03 | SUSPENSION CHEM TEST REFUSAL | 180 Days |

The total period of suspension or revocation is Indefinite.

When your license or right to operate motor vehicles has been suspended or revoked, you must immediately cease to operate all motor vehicles until your license or right to operate has been reinstated.

If the above applies to the registration of your motor vehicle, operation of such vehicle must cease at once and the registration certificate and plate(s) must be surrendered to me immediately. You may request a hearing concerning this matter at the Driver Control Office of the Registry of Motor Vehicles, located at 630 Washington St., Boston, MA.

If your revocation is the result of a court conviction for driving under the influence of alcohol, pursuant to Massachusetts General Laws Chapter 90 Section 24, you may appeal your conviction to the superior court. In all cases, if you are aggrieved by a decision or order of the Registrar you may, within ten days of the effective date of the Registrar's order, appeal to the Board of Appeal on Motor Vehicle Liability, Policies and Bonds, One South Station, 5th Floor, Boston, MA 02110. You can also download an appeal application from their website at, WWW.STATE.MA.US/DOI or call them at 617-351-9710. No appeal will stay the suspension or revocation order and you must still comply with the above directive.

Note: At the time your license or right to operate is reinstated you will have to pay a $50 - $1,000 reinstatement fee. Make check payable to RMV.

Kimberly Hinden, Registrar

*Registration's Exhibit H*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHRISTOPHER HUNT,  )
                   )
    Plaintiff,     )
                   )    Civil Action No. 04-12291-EFH
v.                 )
                   )
KIMBERLY HINDEN, REGISTRAR )
OF MOTOR VEHICLES, )
                   )
    Defendant.     )

## AFFIDAVIT OF ANDREW M. PADELLARO

I, Andrew M. Padellaro, hereby depose and say:

1. My name is Andrew M. Padellaro, and I am Legal Counsel to the Driver Control Unit, Registry of Motor Vehicles, Commonwealth of Massachusetts.

2. According to the Registry's records, the driver's license of Christopher Hunt was revoked pursuant to the immediate threat statute effective July 12, 2003.

3. The Registry's file notes do not indicate that Hunt ever requested a Registry hearing on said suspension until September 24, 2004.

4. The following documents attached to Defendant's Opposition to Plaintiff's Motion for Restraining Order and Preliminary Injunction are true copies of records maintained by the Registry:

    (a) Registry's computerized records, including Hunt's driving record, file notes of Registry hearing officers, license transaction history, and notices of license suspension / revocation;
    (b) Notice dated July 14, 2003, advising Hunt that his license had been revoked under the immediate threat statute effective July 12, 2003;
    (c) Request for Immediate Threat License Suspension / Revocation form dated July 9, 2003, with attached Arlington Police Incident Report, in which Arlington Police request revocation of Hunt's driver's license;

**COMMONWEALTH OF MASSACHUSETTS**
Board of Appeal on Motor Vehicle Liability Policies and Bonds
One South Station, Boston MA 02110
(617) 351-9710 • FAX (617) 351-9021
http://www.state.ma.us/doi


Registrars Ex I

# APPEAL OF A RULING/DECISION OF
# THE REGISTRAR OF MOTOR VEHICLES

Name: **Chris C. Hunt**     Date of Birth: **10-12-76**
Street: **79 Cliffe Ave**
City: **Lexington**     State: **MA**     Zip Code: **02420**
License #: **012708133** State: **MA** Social Security #: **012708133**
Phone #: **781-862-9396**

Please read the entire form before submitting. The entire form MUST be completed before a hearing will be scheduled. **Please type or print.**

Have you ever had a hearing before the Board?   Yes: _____   No: **✓**
                                                        Date of Hearing: _____

Do you have any offenses pending?   What is the offense? _____
                                    In what state? _____

Date of Suspension: **2/12/03**

## Check Type of Suspension

( ) 30 days for 3 speeding tickets
( ) 60 days for 7 surchargeable events
( ) no insurance
( ) 60 days driving to endanger
( ) Operating Under the Influence (OUI)
( ) leaving the scene - property damage
( ) leaving the scene - personal injury
( ) drug charges
( ) 4 year loss for habitual traffic offender
( ) motor vehicle theft
(X) immediate threat
( ) medical problem
( ) inspection station
   station name and # : _____
( ) CFL complaint fraud license

( ) dealer/repair/farm plate
   plate #: _____
( ) handicapped plate/placard denial
( ) student transportation
( ) driving instructor cert.
( ) no I.D.
( ) 180 days for Junior Operator with 2 speeding tickets
( ) 1 year for Junior Operator with 3 , speeding tickets
( ) Junior Operator passenger restriction
( ) CDL loss
( ) Vehicular Homicide (also must complete the Supplemental Form)
( ) other: _____

Form # 21355

5/24/16 07

\*\*\* Please attach a copy of your suspension/revocation letter from the RMV to this appeal
Please note:

> All Breathalyzer/Chemical Test Refusal (CTR) revocations must be appealed through the court system (District Court) or addressed directly to the RMV. The Board does not have jurisdiction to hear CTR appeals. Also if your licensing privileges were revoked by the court, not the RMV, you must appeal to the courts.

> License Suspensions arising out of Department of Revenue support proceedings should be appealed to the court where the child support order was issued or registered.

**I hereby appeal the ruling/decision of the Registrar of Motor Vehicles in accordance with Massachusetts General Laws ch. 90 sec. 28, and understand that this appeal does not prevent the suspension/revocation from taking place.**

Signature: _Chris C. Hunt_   Date: _4-15-04_

Please mail the completed appeal form to:     **Division of Insurance**
                                              **P.O. Box 370008**
                                              **Boston, MA 02241-0708**

Please attach a $50.00 check or money order made payable to the Commonwealth of Massachusetts/Division of Insurance. **Cash or credit cards are not accepted.** This is a non-refundable filing fee.

Your hearing will be scheduled in the order in which it is received and according to the length of the suspension. There are no exceptions in order to be fair to all those filing appeals.

Approximate time frame for a hearing to be scheduled once your appeal has been received:

| | |
|---|---|
| 30 day suspension | approx. 2 weeks |
| 60 day suspension | approx. 3 weeks |
| 4 – 8 year loss | approx. 6 to 8 weeks |
| 10 year loss | approx. 3 to 6 months |
| others | approx. 3 to 6 weeks |

You will be notified by mail of the date, time and location of your hearing. If you have an attorney, it is your responsibility to notify him/her.

Hearings are conducted at:

- The Registry of Motor Vehicles, 630 Washington St., 3rd floor, Boston
  (take Rt. 93 to Chinatown exit, to Kneeland St. proceed to Washington St.)
- Marlboro District Court, Marlboro
- Memorial Hall, 83 Court Street, Plymouth
- Springfield City Hall, Room 220, Springfield

**COMMONWEALTH OF MASSACHUSETTS**
**OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION**
DIVISION OF INSURANCE
BOARD OF APPEAL ON MOTOR VEHICLE
LIABILITY POLICIES AND BONDS
ONE SOUTH STATION, 5TH FL, BOSTON, MA 02110-2208
(617) 351-9710 Fax (617) 351-9021
TTY (617) 521-7490
http://www.state.ma.us/doi

MITT ROMNEY
GOVERNOR
KERRY HEALEY
LIEUTENANT GOVERNOR

ROGER SUMNER BABB
CHAIRMAN
Jeanne Koehr, Esquire
MEMBER
Mary-Jo S. Griffin
MEMBER

## FINDING AND ORDER

Chris C. Hunt
79 Cliffe Ave
Lexington, MA    02420

VS.   Registrar of Motor Vehicles

Re: License #: 012708133 DOB-10/12/76

A hearing was held in the above-entitled case on Thursday, July 22, 2004, at 10:00 AM.
After due consideration, the Board voted to **affirm** the decision of the Registrar of Motor Vehicles.

It is therefore ordered by the Board that the decision of the Registrar of Motor Vehicles to suspend your license will remain in effect. The Board will, however, allow you to file a new appeal after the following condition(s): Reapply to the Board of Appeals on or after January 2005.

Dated this 22nd day of July, 2004

**Please Be Advised:**
If the Board grants any relief in the form of a hardship license or early return of a full license, the Board reserves the right to review this decision in light of new information being provided to the Board, or if new offenses or evidence of substance abuse occurred after the date of this hearing are reported to the Board. If you have not addressed: 1) outstanding fines/fees related to the return of your motor vehicle license (ex: moving violations, excise tax, parking tickets, etc.); 2) a requirement to complete a National Safety Council course; or 3) reinstatement requirements for any out of state motor vehicle license suspension/revocation, any modification or issuance of a motor vehicle license by this Board will not be effective unless and until these requirements are satisfied.

*By The Board*

NOTICE:  Anyone aggrieved by a Finding and Order of the Board of Appeal on Motor Vehicle Liability Policies and Bonds may, within 30 days from the date of receipt of the Finding and Order of the Board, appeal therefrom to the Superior Court as provided in General Laws, C. 30A, s. 14.

<u>**Do not file another appeal on this matter with the Board unless this finding and order specifically instructs you to do so.**</u>



**THE COMMONWEALTH OF MASSACHUSETTS** Exhibit M
**OFFICE OF CONSUMER AFFAIRS**
**DIVISION OF INSURANCE** (See p. 2)
BOARD OF APPEAL ON MOTOR VEHICLE
LIABILITY POLICIES AND BONDS
One South Station • Boston, MA 02110
(617) 351-9710 • FAX (617) 351-9021
TTY /TDD(617) 521-7490

### Statement of Reason for Decision
### Chapter 30A, Section 11 (8)

Appellant:  Chris Hunt                vs              Registrar of Motor Vehicles

Hearing Date: July 22, 2004

The appellant in the above-entitled case appeared before the Board pursuant to Chapter 90, Section 28 of the Massachusetts General Laws appealing the Appellant's indefinite suspension of his license pursuant to an Immediate Threat revocation by the Registry. The Board heard testimony by a representative of the Registrar detailing the reason for the revocation issued by the Registrar and the appellant presented the basis of his appeal.

**M.G.L. C. 90 sec 22 (a) permits the Registrar to suspend the license of an individual who has "committed a violation of the motor vehicle laws of a nature which would give the Registrar reason to believe that continuing operation by such holder is and will be so seriously improper as to constitute an immediate threat to the public safety."**

The Arlington police submitted a Request for Immediate Threat form to the Registry of Motor Vehicles on July 9, 2003. The report is attached and made a part here of. The Appellant was allegedly traveling at 88 mph in a 30 mph zone on a motorcycle when the police stopped him in Arlington at 11:30 pm. Charges of OUI and Operating Negligently were filed against Mr. Hunt. He was found Not Guilty of the OUI offense on December 3, 2003. A Guilty Finding entered on the Operating Negligently and Mr. Hunt was sentenced to a 90 day suspended sentence. The Registry suspended his license for 60 days for the Negligent Operation offense and that suspension had expired at the time of the hearing.

The Appellant appeared before the Board seeking relief from the indefinite Immediate Threat suspension. The Board heard testimony from Mr. Hunt and reviewed the record. He is 27 years old and employed by B&R Auto Center in Arlington as a mechanic. He is married with no children. At the present time he works five miles from his home, and he can bike to and from his workplace. He was in no danger of losing his job.

The key issue before the Board was whether Mr. Hunt remained a threat to the public safety. The Board reviewed Mr. Hunt's lengthy driving history. He received his license from the

Commonwealth on April 12, 1993 and got his first citation a month later. Thereafter he began to accumulate a variety of driving offenses until he received his first OUI on November 14, 2002 in Concord. He pled guilty to this offense and received the first offender's program on March 7, 2003. His license was revoked for 120 days for the Chemical Test Refusal on November 30, 2002 and then again for 45 days for the OUI on March 30, 2003. He was reinstated on April 2, 2003, and the incident occurred in Arlington on July 8, 2003. The Board was concerned that this event happened while the Appellant was on probation for the first offense OUI. It was also important that the Appellant admitted in the police report that he had been drinking that evening. When the Board inquired as to when Mr. Hunt had last used alcohol, he admitted that he continues to drink and does not feel he has a problem with alcohol.

The Board affirmed the Immediate Threat suspension of the Registrar and allowed him to re-apply in January 2005.

November 4, 2004

A true copy:
Attest:

*[signature]*

Jeanne Koehr
Board Member