UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED

OFFICE OF THE ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION

| | |
|---|---|
| CHRISTOPHER HUNT,          ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> KIMBERLY HINDEN, REGISTRAR ) <br> OF MOTOR VEHICLES,          ) <br> ) <br> Defendant.          ) | Civil Action No. 04-12291-EFH |

## AFFIDAVIT OF JEANNE KOEHR

I, Jeanne Koehr, hereby depose and say:

1. My name is Jeanne Koehr. I am a Member of the Commonwealth of Massachusetts Board of Appeal on Motor Vehicle Liability Policies and Bonds ("Board of Appeal"). As a Hearing Officer for the Board of Appeal, I heard Christopher Hunt's appeal on July 22, 2004.

2. On July 22, 2004, the Board of Appeal issued a Finding and Order affirming the revocation of Christopher Hunt's driver's license (# 012708133) under the immediate threat statute.

3. The Board of Appeal's records indicate that Christopher Hunt did not appeal that July 22, 2004, Finding and Order under the Massachusetts Administrative Procedures Act, M.G.L. c. 30A, § 14.

4. Attached to Defendant's Opposition to Plaintiff's Motion for Restraining Order and Preliminary Injunction are true copies of the following records maintained by the Board of Appeal:
    (a)  November 4, 2004, Statement of Reason for Decision (with addendum);
    (b)  July 22, 2004, Finding and Order;
    (c)  July 2, 2004, Hearing Notice;
    (d)  April 15, 2004, Appeal of a Ruling / Decision of the Registrar of Motor Vehicles;
    (e)  CORI for Christopher Hunt.

Signed under the pains and penalties of perjury this 8th day of November, 2004.

*Jeanne Koehr*

Jeanne Koehr
Board of Appeal on Motor Vehicle Liability
    Policies and Bonds
Commonwealth of Massachusetts Office of
    Consumer Affairs, Division of
    Insurance
One South Station
Boston, MA 02110