**United States District Court for the District of Massachusetts**

Civil Action # 04-CV-12291-EFH

| | |
|---|---|
| Christopher Hunt, Plaintiff. | ) |
| | ) |
| vs. | ) |
| | ) |
| Kimberly Hinden, | ) |
| Registrar of Motor Vehicles, | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Christopher Hunt, plaintiff, in the above-entitled action hereby appeals to the United States Court of Appeals for the First Circuit from the denial of his Motion for a Preliminary Injunction, entered in this action on November 19, 2004.

Date: December 6, 2004

Christopher Hunt
by his attorney

_____
Robert W. Hagopian, Esquire
P.O. Box 282
Belmont, MA 02478
BBO# 216580

FEE PAID:
RECEIPT #  _____
AMOUNT $ 255.00
BY DPTY CLK _____
DATE 12/8/04