# United States District Court for the District of Massachusetts

Civil Action # 04-CV-12291-EFH

Christopher Hunt, Plaintiff.    )
                                )
vs.                             )
                                )
Kimberly Hinden,                )
Registrar of Motor Vehicles,    )
Defendant.                      )

## VOLUNTARY DISMISSAL PURSUANT TO RULE 41

NOW COMES Christopher Hunt pursuant to Rule 41 (a)(1)(i) and dismisses the above-entitled action without prejudice, the defendant, Registrar of Motor Vehicles not having filed an answer to the complaint. The defendant, Registrar of Motor Vehicles, does not object to Hunt's voluntary dismissal without prejudice under Rule 41 (a)(1)(i).

Date: March 22, 2005

Christopher Hunt
by his attorney

Robert W. Hagopian, Esquire
P.O. Box 282
Belmont, MA 02478

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

## APPEAL NO. : 04-CV-12291EFH

---

### CHRISTOPHER HUNT

### Plaintiff

### v.

### KIMBERLY HINDEN, Registry of Motor Vehicles

### Defendant

---

### PROOF OF SERVICE

I, Robert W. Hagopian, Esq., declare that I, on this date, March 22, 2005, have served the enclosed Voluntary Dismissal Pursuant to Rule 41 on the defendant's counsel, Victoria Cole Esquire, by U.S. mail properly addressed to each of them. The names and addresses of those served are as follows:

Victoria Cole, Esquire
Assistant Attorney General
Room 2019
One Ashburton Place
Boston, Massachusetts 02108

I declare under penalty of perjury that the forgoing is true and correct.

Executed on March 22, 2005

Robert W. Hagopian, Esquire
P.O. Box 282
Belmont, Massachusetts 02478
(781) 275-4892
Counsel of Record